

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00458-CV

_____

VECENTIE SONTIAGO MORALES, Appellant

V.

ANN DELYNN WOOD, Appellee

On Appeal from the 233rd District Court
Tarrant County, Texas
Trial Court No. 233-719643-22

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

Pro se Appellant Vecentie Sontiago Morales has filed a notice of appeal, though what he is appealing is unclear. Appellant's notice of appeal references three pending motions—a motion to dismiss, a motion for a counterclaim, and a motion to remove the case to federal court—but none of those motions have been ruled upon by the trial court.

Generally, appeals may be taken only from final judgments or appealable interlocutory orders, and absent such a judgment or order, we lack jurisdiction to consider the appeal. *Sabre Travel Int'l, Ltd. v. Deutsche Lufthansa AG*, 567 S.W.3d 725, 730, 736 (Tex. 2019); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Johnson v. ONM Living LLC*, No. 02-22-00439-CV, 2022 WL 17842142, at *1 (Tex. App.—Fort Worth Dec. 22, 2022, no pet. h.) (per curiam) (mem. op.). Because the trial court has not ruled on Appellant's motions, there is no judgment or order—much less a final judgment or an appealable order—for him to appeal.

Accordingly, we notified Appellant of our concern that we lacked jurisdiction over this appeal, and we warned that we would dismiss the appeal unless, within 20 days, he (or any other party) furnished us with a signed copy of the order that Appellant seeks to appeal. *See* Tex. R. App. P. 42.3(a), 43.2(f), 44.3. More than 20 days have passed, and we have not received a response.

Therefore, we dismiss this appeal for want of jurisdiction.  Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Delivered:  January 12, 2023